STATE

v.

Robert W. KNIGHT.

No. 80–311–C.A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Irving Brodsky, Providence, for defendant.

### ORDER

The defendant's motion to dismiss is denied as premature. The defendant's motion for counsel fee is denied.